complaint is made, be and it is hereby stricken from the files. *National Surety Co.* v. *Jarvis,* 278 U.S. 610, 611. The petition for writ of certiorari is denied. *Messrs. I. J. Ringolsky* and *Harry L. Jacobs* for petitioners. *Mr. Floyd E. Jacobs* for respondent.

No. 516. ILLINOIS CENTRAL R. Co. v. RAWLINGS, RECEIVER. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Charles N. Burch, Edward W. Smith, H. D. Minor,* and *Clinton H. McKay* for petitioner. No appearance for respondent.

No. 637. SCHMIDT, TRUSTEE IN BANKRUPTCY, v. LLOYD INVESTMENT Co. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Emil Hersh* for petitioner. *Mr. Bruno V. Bitker* for respondent.

No. 662. MICHAUD REALTY Co. v. HEYMANN ET AL. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William D. Mitchell* and *Wm. H. Oppenheimer* for petitioner. *Mr. Walter Ewing Hope* for respondents.

No. 680. WINN, ADMINISTRATOR, v. CONSOLIDATED COACH CORP. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Francis J. Mizell, Jr.,* for petitioner. *Messrs. Lee Douglas* and *R. W. Keenon* for respondent.